PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gibbs, Mercedes                                       Cr.: 02-00167-001

Name of Sentencing Judicial Officer: William H. Walls

Date of Original Sentence: 9/13/05

Original Offense: Conspiracy to Defraud a Financial Institution

Original Sentence: Probation four years, not possess a firearm, financial disclosure, six months home confinement, no new debt, and restitution in amount of $106,059.21

Type of Supervision: Probation                                  Date Supervision Commenced: 9/13/05

## PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to her residence for a period of 6 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

## CAUSE

The offender has completed her term of home confinement, however she is experiencing a lot of financial hardship, and is having difficulty satisfying the balance. Based on these facts it is the Probation Office's recommendation that the balance owed on the home confinement be remitted, allowing the money collected during supervision to be better served, applied towards the restitution balance.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 7/31/06

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5 September 2006
_____
Date